**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FINANCIAL TITLE COMPANY | ) | Case No. 08-26827 MER |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| FINANCIAL TITLE COMPANY | ) | Adversary No.10-01779 MER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE CO. OF | ) | |
| PITTSBURGH, P.A. and EXECUTIVE RISK | ) | |
| INDEMNITY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 5/16/2011 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: June 9, 2011

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge