**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01508-WJM-BNB

In Re: FINANCIAL TITLE COMPANY, a California Corporation,

FINANCIAL TITLE COMPANY, a California Corporation,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Defendant.
_____

**ORDER**
_____

    This matter comes before the Court *sua sponte*.  On June 9, 2011 Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), filed a Motion for Withdrawal of the Reference and Demand for Jury Trial (ECF No. 1).  In this Court's Order granting Defendant's motion in part (ECF No. 10), this Court found that good cause existed to withdraw the reference to the U.S. Bankruptcy Court only as to National Union.  Defendant National Union filed a Partial Motion to Dismiss and Motion to Extend Time to File Answer on May 23, 2011, with the U.S. Bankruptcy Court.  This Motion does not appear on this Court's docket sheet.  In order for this Motion to appear on the docket sheet, the Court hereby ORDERS as follows:

    The Clerk of the Court is DIRECTED to docket the .pdf version of Defendant National Union's *Partial Motion to Dismiss and Motion to Extend Time to File Answer*,

submitted to the Clerks office on August 10, 2011.

Dated this 10th day of August, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge