**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01508-WJM

In Re: FINANCIAL TITLE COMPANY, a California Corporation,

FINANCIAL TITLE COMPANY, a California Corporation,

     Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

     Defendant.

---

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS**

---

     This matter comes before the Court on the Parties' Joint Stipulated Motion to Dismiss Case With Prejudice Pursuant to Fed. R. Civ.P. 41(a) filed December 13, 2012 (ECF No. 31).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

     The Parties' Joint Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay its own attorney's fees and costs.

Dated this 13th day of December, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge